UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-60175-CIV-MARTINEZ/GOODMAN**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THIRTY TWO THOUSAND DOLLARS ($32,000.00)
IN UNITED STATES CURRENCY,

        Defendant.
_____/

## WARRANT OF ARREST *IN REM*

TO:    UNITED STATES MARSHAL SERVICE
        FOR THE SOUTHERN DISTRICT OF FLORIDA
        OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on January 28, 2016, the United States of America filed a Verified Complaint for Forfeiture *In Rem* against, THIRTY TWO THOUSAND DOLLARS ($32,000.00) IN UNITED STATES CURRENCY, (fully described in the Complaint, hereinafter "the defendant property") for the violations of law enumerated in said Complaint;

**WHEREAS**, according to said Complaint, the Defendant property is in the Government's possession, custody or control; and

**WHEREAS**, Supplemental Rule G(3)(B)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the defendant property into your possession for safe custody. If the character or situation of the defendant property is such that the taking of actual possession is impracticable, you shall execute this process by

affixing a copy thereof to the defendant property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the defendant **property,** and any person or firm known to claim any interest therein, (1) to file, *no later than 35 days from the date notice of the Complaint and Warrant was sent,* a Verified Claim in accordance with Rule G(5), of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; (2) to file an answer or other responsive pleading to the Complaint, no later than twenty one [21] days after the filing of the Claim. The Verified Claim, Answer or responsive pleading must be filed with the *Clerk of the Court,* United States District Court, 299 East Broward Blvd., Fort Lauderdale, FL 33301, and a copy of said Claim and Answer or responsive pleading must also be served upon the United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394, Attention: Richard O.I. Brown, Assistant United States Attorney. The Claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant upon penalty of perjury; and that upon failure of the owner, possessor or any party claiming an interest in the defendant property to fully comply with Supplemental Rule G, the defendant property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

DATED: **1/29/2016**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _J. Conway_
Deputy Clerk
Date: **Jan 29, 2016**

Copy to:
AUSA Richard O.I. Brown (2 certified copies)